FILED
CLERK, U.S. DISTRICT COURT

10/1/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_CDO\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:24-cr-00573-SB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [21 U.S.C. § 2314: Interstate Transportation of Stolen Goods; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| BRIAN ALEC LIGHT, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 2314, 2(b)]

On or about March 1, 2021, in Los Angeles County, within the Central District of California, defendant BRIAN ALEC LIGHT willfully caused the transportation, transmission, and transfer in interstate commerce of a good, ware, and merchandise, having a value of $5,000 or more, knowing the same to have been stolen, and with the intent to permanently deprive the owner of the property. Specifically, defendant LIGHT willfully caused an auction house, H.A., to ship from Beverly Hills, California, to Dallas, Texas, an Andy Warhol Lenin Trial Proof print number 44 out of an edition of 46, which defendant LIGHT knew had been stolen, and which had a value of at least $175,000.

FORFEITURE ALLEGATION

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Information.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to such offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished

//

//

in value; or (e) has been commingled with other property that cannot be divided without difficulty.

          E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

MARK A. WILLIAMS
Assistant United States Attorney
Chief, Environmental Crimes and
Consumer Protection Section

ERIK M. SILBER
Assistant United States Attorney
Senior Counsel, Criminal Division

DOMINIQUE CAAMANO
MATTHEW O'BRIEN
Assistant United States Attorneys
Environmental Crimes and Consumer
Protection Section